**EXHIBIT A**

**Defendant:** New HoldCo
**Creditor ID:** NH007
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| New HoldCo | | $110,922.35 | 10/2/2024 | SINV10025783 | 8/1/2024 | $110,922.35 |
| | | $51,846.36 | 10/10/2024 | SINV10026119 | 9/1/2024 | $51,846.36 |
| | | $52,173.15 | 11/3/2024 | PRESINV10026467 | 10/1/2024 | $52,173.15 |
| | | $5,406.00 | 11/3/2024 | PRESINV10026810 | 11/1/2024 | $5,406.00 |
| **Total Transfers** | **4** | **$220,347.86** | | | | **$220,347.86** |